UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-mc-00001-PAB-CBS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

THE COLEMAN COMPANY, INC.,

    Respondent.

---

Unopposed Motion to Withdraw Application to Show Cause

Consistent with the hearing of March 2, 2016 and in light of the agreement reached between EEOC and Respondent Coleman Company regarding Respondent's compliance with EEOC's administrative subpoena, the EEOC respectfully requests that its Application to Show Case and any supporting briefing be withdrawn without prejudice. Respondent has agreed to provide EEOC with information and records relating to its use of a severance agreement no later than March 16, 2016. Based on that guarantee, the EEOC agrees to withdraw its Application at this time.

Dated: March 15, 2016        Respectfully Submitted,

                                      */s/ Iris Halpern*
                                      Iris Halpern
                                      Senior Trial Attorney
                                      EQUAL EMPLOYMENT
                                       OPPORTUNITY COMMISSION
                                      Denver Field Office
                                      303 East 17th Avenue, Suite 410
                                      Denver, Colorado 80203
                                      (303) 866-1374
                                      iris.halpern@eeoc.gov

## CERTIFICATE OF SERVICE

  I hereby certify that, on March 15, 2016 a true and correct copy of the foregoing was served upon the following through the District of Colorado ECF System:

Amber J. Münck
1200 17th Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540

Brian Duffy, Esq.,
Greenberg Traurig, L.L.P.
1200 17th Street, Suite 2400
Denver, Colorado 80202
Tel: (303) 572-6548
Fax: (720) 904-7648

Attorneys for Respondent

                *s/ Iris Halpern*
                Iris Halpern
                Senior Trial Attorney